96 FIFTH AVENUE REALTY CORPORATION, Appellant, *v.* HARRY GREENBERG et al., Respondents, et al., Defendants.

Supreme Court, Appellate Term, First Department, January 6, 1944.

See headnote, 180 Misc. 614.

*Sidney A. Mauriber* for appellant.

*Copal Mintz* for respondents.

Judgment and orders affirmed, with ten dollars costs. HAMMER, SHIENTAG and McLAUGHLIN, JJ., concur.